**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| SILVA HAGOP BAGHJEDIAN, | ) | NO. CV 10-8711-CW |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed.

DATED: January 10, 2012

_Carla M. Woehrle_
CARLA M. WOEHRLE
United States Magistrate Judge