**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SILVA HAGOP BAGHJEDIAN,                    )        NO. CV 10-8711-CW
                                           )
                Plaintiff,                 )
                                           )
           v.                              )        JUDGMENT
                                           )
MICHAEL J. ASTRUE,                         )
Commissioner, Social Security              )
Administration,                            )
                                           )
                Defendant.                 )
_____)

     **IT IS ADJUDGED** that the decision of the Commissioner is affirmed.


DATED: January 10, 2012

                         _____
                              CARLA M. WOEHRLE
                         United States Magistrate Judge